IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DONNA WEST** § | |
| § | |
| **Plaintiff** § | |
| § | |
| vs. § | CASE NO. 2:07CV200 |
| § | |
| **TYLER PERRY, d/b/a TYLER PERRY** § | |
| **COMPANY, et al.** § | |
| § | |
| **Defendants** § | |

**FINAL JUDGMENT**

This matter came for trial before a jury on December 2, 2008. Plaintiff Donna West appeared by and through her attorney and announced ready for trial. Defendants Tyler Perry, Tyler Perry Company, and Lions Gate Entertainment Inc. appeared by and through their attorneys and announced ready for trial. The Court impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions and instructions to the jury. On December 9, 2008, the jury returned a unanimous verdict that the Court received, filed, and entered of record. Based on the verdict of the jury and the applicable law, the Court renders judgment for Defendants as follows:

It is hereby **ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Donna West take nothing against Defendants Tyler Perry, Tyler Perry Company, and Lions Gate Entertainment Inc. The Court **AWARDS** costs to Defendants. All relief not granted in this judgment is **DENIED**. Finally, the Court **ORDER**S that this case be closed.

So **ORDERED** and **SIGNED** this 18th day of December, 2008.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**